**William Shawn SMITH,**
**Plaintiff–Appellant,**

v.

**State of CALIFORNIA; County of San Bernardino; Dennis Stout, San Bernardino County District Attorney; William Hess, Deputy District Attorney; Richard Young, Deputy District Attorney, Defendants–Appellees.**

No. 00–55287.
D.C. No. CV–99–10138–CRM.

United States Court of Appeals,
Ninth Circuit.

Submitted Feb. 12, 2001.[1]

Decided March 29, 2001.

Before LEAVY, THOMAS, and RAWLINSON, Circuit Judges.

MEMORANDUM [2]

William Smith, a California state prisoner, appeals pro se the district court's judgment dismissing his 42 U.S.C. § 1983 action alleging constitutional violations stemming from the use of plea agreements entered into prior to adoption of California's "three strikes" law. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review de novo, *see Barnett v. Centoni*, 31 F.3d 813, 816 (9th Cir.1994) (per curiam), and affirm the district court's conclusion that these claims may not be pursued as part of a section 1983 action, *see Heck v. Humphrey*, 512 U.S. 477, 483–

---

1. The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2). Accordingly, we deny Smith's request for oral argument.

84, 114 S.Ct. 2364, 129 L.Ed.2d 383 (1994); *Preiser v. Rodriguez*, 411 U.S. 475, 500, 93 S.Ct. 1827, 36 L.Ed.2d 439 (1973).

AFFIRMED.

---

* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.